UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| UNITED STATES OF AMERICA | 3:22-cr-00426-MO |
|---|---|
| v. | **INDICTMENT** |
| **DEVER BEN CHARLEY,** | 18 U.S.C. §§ 113(a)(6), 1153 |
| Defendant. | |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>
(Assault Resulting in Serious Bodily Injury)
(18 U.S.C. §§ 113(a)(6) and 1153)

On or about November 29, 2022, on the Warm Springs Indian Reservation, in Indian Country, and within the District of Oregon, defendant **DEVER BEN CHARLEY** did recklessly and intentionally assault Adult Victim 1, with said assault resulting in serious bodily injury to Adult Victim 1;

In violation of Title 18, United States Code, Sections 113(a)(6) and 1153.

Dated: December 6, 2022

A TRUE BILL.

[signature redacted]

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

[signature]

PAMELA PAASO, TXSB #24060371
Assistant United States Attorney

**Indictment**                                                                                           **Page 1**